## Rouse's Administrator, et al. v. McDonald.

(Decided June 10, 1924.)

## Appeal from Kenton Circuit Court.

MARTIN M. DURRETT and FREDERICK W. SCHMITZ for appellants.

BASSMAN & BARBOUR for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS—Reversing.

This is a companion case to that of Rouse v. Craig Realty Co. 203 Ky. 697. The facts are entirely similar and the same questions of law arise in this case as did in that.

Upon the authority of that case the judgment herein is reversed and cause remanded for proceedings consistent with that opinion.